# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11944 - DILTS, BRAD MICHAEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Emergency Services of Kansas<br>PO Box 186<br>Newton KS 67114-0186 | 000003 | 24.18 | 0.41 |
| ---------- Remittance Total ---------- | | 24.18 | 0.41 |

*[signature]*

STEVEN L. SPETH, Trustee